UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD HACKETT,

      Petitioner,

  v.

L.S. MCEWEN,

      Respondent.

No. 2:13-cv-0528 LKK CKD P

ORDER

Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

Accordingly, IT IS HEREBY ORDERED that petitioner's July 31, 2013 request for appointment of counsel (ECF No. 19) is denied.

Dated: August 8, 2013

                                             CAROLYN K. DELANEY
                                             UNITED STATES MAGISTRATE JUDGE

1/hack0528.110